IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | |
|---|---|
| ROBERT B. SLACK, | § |
| | § |
| Plaintiff, | § |
| | § |
| v. | § CIVIL ACTION NO. 3:18-CV-241 |
| | § Jury Demanded |
| PRAXAIR, INC., | § |
| | § |
| Defendant. | § |
| | § |

## NOTICE OF SETTLEMENT

Plaintiff Robert B. Slack ("Plaintiff") and Defendant Praxair, Inc. ("Praxair" or "Defendant") (collectively, the "Parties") file this Notice of Settlement to inform the Court that the Parties have fully resolved all claims and controversies in this case. The Parties will file a Joint Stipulation of Dismissal within 30 days requesting dismissal of all claims with prejudice, with each party to bear its own costs.

Date: May 13, 2019

Of Counsel:

Allison C. Williams
Texas Bar No. 24075108
Federal I.D. No. 1138493
acwilliams@littler.com
Conor H. Kelly
Texas Bar No. 24097926
Federal I.D. No. 3006883
chkelly@littler.com
LITTLER MENDELSON, P.C.
1301 McKinney Street, Suite 1900
Houston, Texas 77010
713.951.9400 (Telephone)
713.951.9212 (Facsimile)

Respectfully submitted,

/s/ Kelley Edwards
Kelley Edwards
State Bar No. 24041775
S.D. Tex. ID No. 560755
kedwards@littler.com
LITTLER MENDELSON, P.C.
1301 McKinney Street, Suite 1900
Houston, Texas 77010
713.951.9400 (Telephone)
713.951.9212 (Facsimile)

ATTORNEY-IN-CHARGE FOR DEFENDANT

Date: May 13, 2019

Respectfully submitted,

_____
Patrick B. Larkin
Texas Bar No. 24013004
Federal Bar No. 36529
Email: Patrick@saneslarkin.com
Scott Sanes
Federal Bar No. 07532
Email: Scott@saneslarkin.com
11200 Broadway, Suite 2705
Pearland, Texas 77584
Tel. (713) 799-8400
Fax. (888) 328-7060

Attorneys for Plaintiff
ROBERT B. SLACK

## CERTIFICATE OF SERVICE

I hereby certify that on May 13, 2019, a true and correct copy of the above and foregoing instrument was served on the following via the Court's electronic filing system, as follows:

Scott A. Sanes
Patrick B. Larkin
11200 Broadway, Suite 2705
Pearland Town Center – Offices East
Pearland, Texas 77584
(713) 799-8400 (Telephone)
(888) 328-7060 (Facsimile)
scott@saneslarkin.com
patrick@saneslarkin.com

/s/ Allison C. Williams
Allison C. Williams